AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **JIMMY J. WHEELER** | ) Case No. 4:12CR00213-04-KGB |
| Defendant | ) |

FILED U.S. DISTRICT COURT EASTERN DISTRICT ARKANSAS
MAR 12 2013
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

1309-0308-0655-J

13 MAR -7 PM 2:35 RECEIVED

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  **JIMMY J. WHEELER**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☒ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:  **Conspiracy, Distribution of Methamphetamine**, as further explained in the attached documents.

Date: March 7, 2013

_____
*Issuing officer's signature*

City and state:  Little Rock, Arkansas

JAMES W. MCCORMACK, CLERK, EASTERN DIST. OF ARKANSAS
*Printed name and title*

### Return

This warrant was received on *(date)* 03/07/13, and the person was arrested on *(date)* 03/08/13
at *(city and state)* Greenbriar, AR.

Date: 03/08/13

Steve Burroughs by D. Osbourne
*Arresting officer's signature*

Steve Burroughs, S/A-FBI
*Printed name and title*