## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | } | |
| | } | |
| **V.** | } | **NO. 4:12-CR-213-04 KGB** |
| | } | |
| **JIMMY WHEELER** | } | |

### DEFENDANT'S MOTION FOR DETENTION HEARING

Comes now, the Defendant, Jimmy Wheeler, by and through his appointed counsel, and for his Motion for Detention Hearing, states:

1. On or about March 8, 2013, the Court appointed Defendant's counsel to represent the Defendant.

2. At the initial appearance, the Defendant waived his right to an immediate bond hearing, but reserved his right to have a bond hearing at a later date.

3. To date, the Defendant has not requested a bond hearing in this matter.

4. The Defendant now moves the Court for a bond hearing at the Court's earliest convenience.

**WHEREFORE**, it is respectfully requested that the Court refer this Motion for a Detention hearing as soon as possible.

Respectfully Submitted,

    /s/ J. Brooks Wiggins
J. Brooks Wiggins, ABA #2003080
Appointed attorney for Defendant
425 W. Broadway, Suite A
North Little Rock, Arkansas 72114
(501) 244-2244

                      (501) 3723-2480 FAX
                      Email: brooks@jbwiggins.com

                      For:   Jimmy Wheeler

## **CERTIFICATE OF SERVICE**

I, J. Brooks Wiggins, certify that the foregoing was served via CM/ECF, this 1st day of May, 2013, as follows:

John Ray White
Assistant US Attorney
John.White2@usdoj.gov

                        /s/ J. Brooks Wiggins
                      J. Brooks Wiggins