**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                             **PLAINTIFF**

**v.**                         **Case No. 4:12CR00213-004 KGB**

**JIMMY J. WHEELER**                                                                     **DEFENDANT**

**ORDER**

Before the Court is defendant Jimmy J. Wheeler's recent written communication with the Court and defense counsel J. Brooks Wiggins's recent oral communications with the Court. On March 13, 2013, United States Magistrate Judge Jerome T. Kearney appointed Ms. Wiggins to represent defendant Jimmy J. Wheeler in this matter (Dkt. 45).

For good cause shown, CJA Patrick J. Benca is hereby substituted as counsel of record for defendant Jimmy J. Wheeler, and CJA J. Brooks Wiggins is relieved from any further representation of defendant in this matter.

IT IS SO ORDERED this 14th day of November, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE