FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN - 4 2014

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  4:12CR00213  KGB |
| vs. | ) | |
| | ) | 21 U.S.C. §§ 841(a)(1), |
| JASON PHILLIPS; CANON DIANE | ) | 841(b)(1)(A) |
| HALL; | ) | 21 U.S.C. § 846 |
| JIMMY J. WHEELER; ROBIN NELSON- | ) | 18 U.S.C. §§ 922(g)(1), 924(c) |
| FLANAGAN; MELISSA G. TUCKER; | ) | 18 U.S.C. § 1001 |
| FARRIS ELDON MAY; and, | ) | 18 U.S.C. § 3013(a)(2) |
| NICOLE E. YBARRA | ) | |

### SECOND SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

In or about January 2012, through in or about December 2012, in the Eastern

District of Arkansas, the defendants,

**JASON D. PHILLIPS; CANON DIANE HALL; JIMMY J. WHEELER; ROBIN
NELSON-FLANAGAN and MELISSA TUCKER**

knowingly and intentionally conspired and agreed with each other and with persons known

and unknown to the Grand Jury, to distribute more than 500 grams of a mixture and

substance containing a detectable amount of methamphetamine, a Schedule II controlled

substance, in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(A).

With respect to **MELISSA TUCKER**, the amount of controlled substances

involved in the conspiracy attributable to her as a result of her own conduct and the conduct

of other conspirators reasonably foreseeable to her is less than fifty (50) grams of

methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

In or about January 2012, through in or about December 2012, in the Eastern District of Arkansas, the defendant,

### JIMMY J. WHEELER

knowingly and intentionally distributed more than 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 3

In or about January 2012, through in or about December 2012, in the Eastern District of Arkansas, the defendant,

### ROBIN NELSON-FLANAGAN

knowingly and intentionally possessed with intent to distribute more than 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 4

In or about January 2012, through in or about December 2012, in the Eastern District of Arkansas, the defendant,

### JASON D. PHILLIPS

knowingly and intentionally distributed to more than 500 grams of a mixture and substance

containing a detectable amount of methamphetamine, a Schedule II controlled substance,

in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 5

A.     That prior to May 22, 2012, in the Eastern District of Arkansas, the

defendant,

### JASON D. PHILLIPS

had previously been convicted as follows:

1.     In Faulkner County Circuit Court, of Aggravated Assault and Fleeing.

B.     That each of the crimes set forth in paragraph A above was punishable by a

term of imprisonment exceeding one year.

C.     That on or about May 22, 2012, in the Eastern District of Arkansas,

### JASON D. PHILLIPS

did knowingly possess a firearm in or affecting commerce, to wit, a Hi-Point 9mm caliber

pistol, thereby violating Title 18, United States Code, Sections 922(g)(1).

## COUNT 6

A.     That prior to May 22, 2012, in the Eastern District of Arkansas, the

defendant,

### JASON D. PHILLIPS

had previously been convicted as follows:

1.     In Faulkner County Circuit Court, of Aggravated Assault and Fleeing.

B.     That each of the crimes set forth in paragraph A above was punishable by a term of imprisonment exceeding one year.

C.     That on or about May 22, 2012, in the Eastern District of Arkansas,

### JASON D. PHILLIPS

did knowingly possess ammunition in or affecting commerce, to wit, Federal brand 9mm caliber ammunition, thereby violating Title 18, United States Code, Sections 922(g)(1).

### COUNT 7

On or about May 22, 2012, in the Eastern District of Arkansas, the defendant,

### JASON D. PHILLIPS

knowingly and during and in relation to a drug trafficking crime, used   and carried, that is, discharged, a firearm, in violation of Title 18, United States Code, Sections 924(c).

### COUNT 8

That on or about the 22d day of June, 2012, in the Eastern District of Arkansas, the defendant,

### CANON DIANE HALL

did willfully and knowingly make and cause to be made materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of a department or agency of the United States by denying to a Special Agent of the Federal Bureau of Investigations that she was present at 21 Nanny Goat Lane, Vilonia, Arkansas on May 22, 2012, when JASON D. PHILLIPS discharged a firearm. The statements and representations were false because, as **CANON DIANE HALL** then and there knew, she accompanied JASON D. PHILLIPS and another unnamed individual to that address on that

4

date when, and in furtherance of JASON D. PHILLIPS' efforts to collect a drug debt,

JASON D. PHILLIPS discharged a firearm into a vehicle belonging to a resident living at

the address, all in violation of Title 18, United States Code, Section 1001.

### COUNT 9

A.      That prior to March, 2012, in the Eastern District of Arkansas, the defendant,

**NICOLE YBARRA**

had previously been convicted as follows:

1.      In Pulaski County Circuit Court, of Possession of a Controlled Substance

(methamphetamine) With Intent to Deliver and Possession of Drug Paraphernalia.

B.      That the crime set forth in paragraph A above was punishable by a term of

imprisonment exceeding one year.

C.      That in or about March 2012, through in or about October 19, 2012, in the

Eastern District of Arkansas,

**NICOLE YBARRA**

did knowingly possess a firearm in or affecting commerce, to wit, a Companhia Brasiliera

de Cartuchos (CBC) 12 gauge shotgun bearing serial number C996920, thereby violating

Title 18, United States Code, Sections 922(g)(1).

### COUNT 10

A.      That prior to March, 2012, in the Eastern District of Arkansas, the

defendant,

1.      In Cleburne County Circuit Court, of Aggravated Riot.

5

B.    That the crime set forth in paragraph A above was punishable by a term of imprisonment exceeding one year.

C.    That in or about March 2012, through in or about October 19, 2012, in the Eastern District of Arkansas,

**FARRIS ELDON MAY**

did knowingly possess a firearm in or affecting commerce, to wit, a Companhia Brasiliera de Cartuchos (CBC) 12 gauge shotgun bearing serial number C996920, thereby violating Title 18, United States Code, Sections 922(g)(1).

[End of Text.   Signature page attached.]