## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                           **PLAINTIFF**

**v.**                   **Case No. 4:12-cr-00213-04 KGB**

**JIMMY J. WHEELER**                                                              **DEFENDANT**

### ORDER

Before the Court is an informal request by counsel for defendant Jimmy J. Wheeler that the United States Probation Office prepare a pre-plea presentence report for Mr. Wheeler. Counsel for the government does not object to this request. For good cause shown, the request is granted.

It is so ordered this 9th day of January, 2015.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge